FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 8:45 am, Aug 28, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JENNIFER JOHNSON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-101 |
| v. | |
| EFRIEDRICH SOUTHEAST GEORGIA, LLC, d/b/a FIRST LIGHT HOME CARE, | |
| Defendant. | |

**O R D E R**

Plaintiff filed her Complaint on August 30, 2019.  Doc. 1.  On this same date, the Court issued its standard Rule 26 Instruction Order.  Doc. 2.  The Court issued a summons to Defendant on the same date.  Doc. 3.  Defendant filed a motion to dismiss on November 20, 2019, doc. 4, but no motion to stay deadlines or proceedings.  Counsel for Defendant entered a notice of appearance on December 12, 2019.  Doc. 10.  The Court issued an Order for the parties to show cause why this case should not be dismissed for failure to follow the Court's Order regarding the parties' Rule 26(f) obligations.  Doc. 14.  As a result, the parties filed their Rule 26(f) report, and the Court issued a Scheduling Order setting, among others, a deadline of August 24, 2020 for the filing of the parties' proposed pre-trial order.  Doc. 16; Doc. 17 at 3.  Upon Defendant's motion, the Court entered a stay in these proceedings, which would be lifted upon resolution of Defendant's motion to dismiss but which did not extend or otherwise amend any deadlines.  Docs. 18, 20.  The Honorable Lisa Godbey Wood denied in part Defendant's motion for dismissal on June 29, 2020.  Doc. 21.

August 24, 2020—the date by which the parties were to submit their proposed pre-trial order—has passed, and the parties failed to make this submission.  Thus, the Court **ORDERS** the parties to file any appropriate motion seeking extension of the still-pending deadlines.

**SO ORDERED**, this 28th day of August, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA